```
ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
PIO S. KIM
Assistant United States Attorney
California Bar No. 156679
     U.S. Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, CA 90012
     Telephone: (213)894-2589
     Facsimile: (213)894-7177
     E-mail: Pio.Kim@usdoj.gov

Attorneys for Plaintiff
United States of America
```

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>$70,020.00 IN U.S. CURRENCY,<br><br>　　　　Defendant.<br>_____<br><br>WILLIAM WRIGHT,<br><br>　　　　Claimant.<br>_____ | NO. CV 10-1152-ODW (PLAx)<br><br>**CONSENT JUDGMENT** |

On February 16, 2010, plaintiff United States of America (the "government") filed the Complaint for Forfeiture in this action, pursuant to 21 U.S.C. § 881(a)(6), on the ground that the defendant $70,020.00 in U.S. Currency represented or was traceable to proceeds of one or more illegal exchanges for a

1 controlled substance or listed chemical in violation of 21 U.S.C.
2 § 841 *et seq.*; and was furnished or intended to be furnished for;
3 and was used to facilitate or intended to be used to facilitate,
4 one or more such exchanges was derived from proceeds traceable to
5 violations of 18 U.S.C. §§ 1028, 1029 and 1030.  Claimant William
6 Wright (the "claimant") denies the government's allegations and
7 claim that he is the rightful owner of the defendant.

8    The parties have agreed to settle this forfeiture action and
9 to avoid further litigation by entering into this consent
10 judgment.

11   The Court, having been duly advised of and having considered
12 the matter, and based upon the mutual consent of the parties,
13 HEREBY ORDERS, ADJUDGES, AND DECREES:

14   1.  This Court has jurisdiction over this action pursuant to
15 28 U.S.C. §§ 1345 and 1355.

16   2.  The Complaint for Forfeiture states claims for relief
17 pursuant to 21 U.S.C. § 881(a)(6).

18   3.  Notice of this action has been given as required by
19 law.  No appearance has been made in this action by any person
20 other than claimant.  The Court deems that all potential
21 claimants other than the claimant admit the allegations of the
22 Complaint for Forfeiture to be true, and hereby enters default
23 against all other potential claimants.

24   4.  For purposes of settlement of this civil forfeiture
25 action only, the government shall return the defendant $70,020 in
26 U.S. Currency and any interest accrued thereon (collectively, the
27
28

"settlement funds") to the claimants.  It is contemplated that the settlement funds will be returned by a wire transfer into the Ronald Richards Client Trust Account (the "Trust Account") within 7 weeks of the entry of this judgment.  In this regard, the claimant shall provide all information reasonably necessary to effectuate the wire transfer, including the account number and tax identification number for the Trust Account and the social security numbers of the claimant.

    5.  The claimant hereby release the United States of America, the State of California, all counties, municipalities and cities within the State of California, and their agencies, departments, offices, agents, employees and officers, including, but not limited to, the United States Attorney's Office, the Drug Enforcement Administration, the State of California Department of Justice, the State of California Bureau of Narcotics Enforcement, and any of their employees and agents, from any and all, known or unknown, claims, causes of action, rights, and liabilities, including, without limitation, any claim for attorney's fees, costs, or interest which may be now or later asserted by or on behalf of either of the claimant, arising out of or related to this action or to the seizure or possession of the defendant.  The claimant represents and agrees that he has not assigned and is the rightful owner of such claims, causes of action and rights.

    6.  The claimant hereby agrees to defend, indemnify and hold harmless the United States of America, the State of California, all counties, municipalities and cities within the State of California, and their agencies, departments, offices, agents,

1 employees and officers, including, but not limited to, the United
2 States Attorney's Office, the Drug Enforcement Administration,
3 the State of California Department of Justice, the State of
4 California Bureau of Narcotics Enforcement and their employees
5 and agents, from any and all, known or unknown, claims, causes of
6 action, rights, and liabilities, including, without limitation,
7 any claim for attorney's fees, costs, or interest, raised or
8 asserted by a third party in connection with or related to the
9 return of the settlement funds.
10     7.   This Consent Judgment shall have no res judicata,
11 collateral estoppel, claim preclusion, issue preclusion or any
12 precedential effect or value in any action or legal proceeding
13 involving the claimant.
14     8.   The Court finds that there was reasonable cause for the
15 seizure of the defendant and institution of these proceedings.
16 This judgment shall be construed as a certificate of reasonable
17 cause pursuant to 28 U.S.C. § 2465.
18 / / /

9. The parties shall each bear their own attorney's fees and other costs and expenses of litigation.

DATED: <u>December 27, 2010</u>     _____
                                    UNITED STATES DISTRICT JUDGE

<u>CONSENT</u>

The parties consent to judgment and waive any right of appeal.

DATED: Dec. 21, 2010     ANDRÉ BIROTTE JR.
                         United States Attorney

                         ROBERT E. DUGDALE
                         Assistant United States Attorney
                         Chief, Criminal Division

                         STEVEN R. WELK
                         Assistant United States Attorney
                         Chief, Asset Forfeiture Section

                          /s/ PIO. S. KIM
         PIO S. KIM      _____
                         Assistant United States Attorney

                         Attorneys for Plaintiff
                         United States of America

DATED: Dec. 21, 2010      /s/ WILLIAM WRIGHT
                         WILLIAM WRIGHT

DATED: Dec. 21, 2010      /s/ RONALD RICHARDS          RONALD
                         RICHARDS

                         Attorney for Claimant
                         WILLIAM WRIGHT

5